UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE DAVIS, | Case No.: 2:25-cv-02597-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| CURTIS J. SATHRE, III; WFP SECURITIES CORPORATION; JOHN EVAN SCHOOLER; THOMAS HANSON, WARREN HORNEY | |
| Defendants | |

Jamie Davis has filed four motions that appear to request the same relief: an emergency, ex party temporary restraining order to enjoin the defendants from continuing with a California state court hearing scheduled for today at 2:00 p.m. ECF Nos. 2, 3, 6, 7. That hearing is to determine whether to confirm an arbitration award entered in favor of the defendants and against Davis. Davis has known about this hearing since at least October 16, 2025. ECF No. 1-1 at 211-212. Yet she waited until December 18 to prepare her motion and December 23, 2025 to file it. ECF No. 2 at 8 (showing Davis signed the motion on December 18).[1] "A party or attorney's failure to effectively manage deadlines, discovery, trial, or any other aspect of litigation does not constitute an emergency." Local Rule 7-4(b). Given that the hearing in the California case apparently has already occurred, there does not appear to be any reason to treat the motion as an emergency. Finally, Davis's motion does not provide adequate reasons to address it on an ex parte basis.

---

[1] The motions were apparently filed on December 23 but not docketed until December 29.

I THEREFORE ORDER Davis to serve this order, her motions, and all papers she has filed in this case on the defendants and their counsel.  Davis also must file proof of such service by January 12, 2026.  The defendants may file their responses to the motion for temporary restraining order in the normal course.

DATED this 29th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2