**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JAIMIE DAVIS,

                Plaintiff(s),

     vs.

CURTIS J. SATHRE, III; WFP SECURITIES CORPORATION; JOHN EVAN SCHOOL
              Defendant(s).

Case #2:25-cv-02597-APG-(MDC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Avraham Noam Wagner_____, Petitioner, respectfully represents to the Court:
          (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

The Wagner Firm
(firm name)

with offices at         1925 Century Park East, Suite 2100
                        (street address)

     Los Angeles     ,      California     ,    90067   ,
       (city)               (state)         (zip code)

   (310) 491-7949   ,    avi@thewagnerfirm.com   .
(area code + telephone number)     (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

John Schooler, WFP Securities Corp., Tom Han  to provide legal representation in connection with
          [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____November 26, 2003_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Courts of California | November 26, 2003 | 226688 |
| Central District of California | December 2003 | 226688 |
| Eastern District of California | April 2009 | 226688 |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

| |
|---|
| None |

7.     That Petitioner is a member of good standing in the following Bar Associations.

| |
|---|
| None |

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _Califonia_ )
                                      )
COUNTY OF _Los Angeles_ )

_Avraham Noam Wagner_, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_24th_ day of _February_, _2026_.

_____
Notary Public or Clerk of Court

HARRY H. KHARABJIAN
Notary Public - California
Los Angeles County
Commission # 2436792
My Comm. Expires Jan 31, 2027

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Steven J. Parsons_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____10091 Park Run Dr Ste 200_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _89145_,
(city)                           (state)                    (zip code)

_(702) 384-9900_, _Steve@SJPlawyer.com_.
(area code + telephone number)          (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Steven J. Parsons _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

WFP Securities Corporation
_____
(type or print party name, title)

_____
(party's signature)

John Evan Schooler
_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Steven J. Parsons*
_____
Designated Resident Nevada Counsel's signature

363                           Steve@SJPlawyer.com
_____
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Steven J. Parsons _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Thomas Hanson
(type or print party name, title)

_____
(party's signature)

Warren Horney
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_Steven J. Parsons_
Designated Resident Nevada Counsel's signature

363                              Steve@SJPlawyer.com
Bar number                       Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Steven J. Parsons _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Thomas Hanson
(type or print party name, title)

_____
(party's signature)

Warren Horney
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Steven J. Parsons*
Designated Resident Nevada Counsel's signature

363                              Steve@SJPlawyer.com
Bar number                       Email address

APPROVED:

Dated: this  26th  day of  February  , 20 26 .

_____
UNITED STATES DISTRICT JUDGE

5                                           Rev. 5/16

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 1/28/2026

**LICENSEE NAME:** Avraham Noam Wagner

**LICENSEE BAR NUMBER:** 226688

**LICENSEE STATUS:** Active

**ADMIT DATE:** 11/26/2003

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Avraham Noam Wagner's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*